UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) ) ) | Index No. 07-CIV-7450 (KMK) |
| Plaintiffs, | ) ) ) | STATEMENT OF DAMAGES |
| -against- | ) ) ) | |
| OYSUN INTERNATIONAL CORP., | ) ) | |
| Defendant. | ) ) ) | |

---

Principal amount due............................................................................     $ 3,852.44
for the period August 13, 2006 through to February 11, 2007

Attorneys' Fees ......................................................................     $ 2,000.00

Court Costs & Disbursements:

      Filing Fees (Index).......................................................................     $     350.00
      Process Server Fee.......................................................................     $      40.00

**GRAND TOTAL:**............................................................................     **$ 6,242.44**