## CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
                               ss.:
COUNTY OF WESTCHESTER)

I, Dawn Stefanik, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on October 24, 2007, I served a true copy of the Order to Show Cause for Default Judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

OYSUN INTERNATIONAL CORP.
9 LILY COURT
EDISON, NJ 08820

Dawn Stefanik

Sworn to before me this
25th day of October, 2007

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010